

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | No. 97-098 |
| Plaintiff, | * | |
| | * | |
| v. | * | Section "K" |
| | * | |
| DAVID BUTLER, | * | New Orleans, Louisiana |
| | * | November 29, 2006 |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion;

**IT IS ORDERED** that the Judgment rendered on November 29, 2006 be amended to reflect that the defendant, **DAVID RUSSELL BUTLER**, is sentenced and hereby committed to the custody of the Bureau of Prisons for the period of 37 months as to Count 1 with credit for time served since May 2, 2004.

**THUS DONE AND SIGNED** in Chambers, at New Orleans, Louisiana, this 14th day of November, 2007.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____